■　ROBERT G. ROSS, Respondent, v RALPH E. SCHWARTZ, Appellant.—In a negligence action to recover damages for personal injuries, defendant appeals from a judgment of the Supreme Court, Westchester County, entered October 15, 1974, in favor of plaintiff, upon a jury verdict. Judgment reversed, on the law, and new trial granted, with costs to abide the event. The appeal presented no questions of fact. The trial court committed error in refusing to allow a defense witness to testify to an alleged declaration by plaintiff which was entirely inconsistent with his position at trial (see Richardson, Evidence [Prince, 10th ed], ch X, Admissions). There was no bar to the admission on any ground; the fact that the witness is a medical doctor is irrelevant. Whether his testimony was incredible was an issue for the jury. Martuscello, Acting P. J., Christ and Munder, JJ., concur; Latham and Cohalan, JJ., dissent and vote to affirm the judgment.

■　THOMAS VARELLI, as Executor of JOSEPH VARELLI, Deceased, Appellant, v MARCAL PAPER MILLS, INC., et al., Respondents.—In an action to recover damages for wrongful death, etc., plaintiff appeals from a judgment of the Supreme Court, Kings County, entered November 13, 1974, in favor of defendants, upon the trial court's dismissal of the complaint at the close of plaintiff's case at a jury trial. Judgment reversed, on the law, and new trial granted, with costs to abide the event. No fact questions have been raised or considered. The dismissal of the complaint at the conclusion of plaintiff's case was not warranted in this wrongful death action (see *Noseworthy v City of New York,* 298 NY 76). Rabin, Acting P. J., Latham, Cohalan, Brennan and Shapiro, JJ., concur.